## Case No. 8,999.

### MALTBY v. CONVERSE.

[Cited in Maltby v. Graham, 35 Fed. 206, 37 Fed. 691. Nowhere reported; opinion not now accessible.]